IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

DILSON VILLATORO

              Defendant.

**8:19CR50**


**ORDER**


This matter is before the court on the defendant's unopposed Motion to Continue Jury Trial [21]. Counsel seeks a continuance to attend a family matter out of the country. Good cause having been shown,


**IT IS ORDERED** that the defendant's unopposed Motion to Continue Jury Trial [21] is granted as follows:

1.  The jury trial, now set for October 29, 2019, is continued to **December 10, 2019.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 10, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 29th day of October 2019.


BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge